# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CIVIL DOCKET FOR CASE #: 4:24−cv−00179−ALM

Yoon v. Samsung Electronics America, Inc.  
Assigned to: Chief District Judge Amos L Mazzant  
Demand: $1,000,000  
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 02/28/2024  
Date Terminated: 04/21/2025  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Christopher Yoon**     represented by     **Warren Vincent Norred**  
The Law Office of Warren V. Norred  
200 E. Abram  
Ste 300  
Arlington, TX 76010  
817−704−3984  
Fax: 817−549−0161  
Email: wnorred@norredlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Samsung Electronics America, Inc.**     represented by     **Jonathan G Rector**  
Littler Mendelson, P.C. − Dallas  
2001 Ross Ave  
Suite 1500, Lock Box 116  
Dallas, TX 75201−2931  
214−880−8156  
Fax: 214−880−0181  
Email: jrector@littler.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James Allen McGehee**  
Littler Mendelson  
2001 Ross Avenue  
Ste 1500  
Dallas, TX 75201  
214−459−3000  
Email: jmcgehee@littler.com  
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**  
Gillam & Smith, LLP  
303 South Washington Avenue  
Marshall, TX 75670  
903−934−8450

Fax: 903–934–9257
Email: melissa@gillamsmithlaw.com
*TERMINATED: 06/20/2024*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2024 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ATXEDC–10004415.), filed by Christopher Yoon. (Attachments: # 1 Exhibit Sworn Declaration of Christopher Yoon, # 2 Exhibit Demand to Samsung, # 3 Exhibit Charge of Discrimination, # 4 Exhibit Right to Sue Letter)(Norred, Warren) (Entered: 02/28/2024) |
| 02/28/2024 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (dlw, ) (Entered: 02/29/2024) |
| 02/28/2024 |  | Case Assigned to District Judge Amos L. Mazzant, III. (dlw, ) (Entered: 02/29/2024) |
| 02/29/2024 | 2 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Christopher Yoon identifying Corporate Parent SAMSUNG ELECTRONICS CO., LTD. for Christopher Yoon. (Norred, Warren) (Entered: 02/29/2024) |
| 03/01/2024 | 3 | SUMMONS Issued as to SAMSUNG ELECTRONICS AMERICA, INC. (dlw, ) (Entered: 03/01/2024) |
| 03/04/2024 | 4 | SUMMONS Returned Executed by Christopher Yoon. SAMSUNG ELECTRONICS AMERICA, INC. served on 3/4/2024, answer due 03/25/2024. (Norred, Warren) Modified on 3/4/2024 to show answer deadline (jmb, ). (Entered: 03/04/2024) |
| 03/20/2024 | 5 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re SAMSUNG ELECTRONICS AMERICA, INC..( Smith, Melissa) (Entered: 03/20/2024) |
| 03/21/2024 |  | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for SAMSUNG ELECTRONICS AMERICA, INC. to 4/8/2024. 14 Days Granted for Deadline Extension.( dlw, ) (Entered: 03/21/2024) |
| 04/02/2024 | 6 | NOTICE of Attorney Appearance by Jonathan G Rector on behalf of SAMSUNG ELECTRONICS AMERICA, INC. (Rector, Jonathan) (Entered: 04/02/2024) |
| 04/02/2024 | 7 | NOTICE of Attorney Appearance by James Allen McGehee on behalf of SAMSUNG ELECTRONICS AMERICA, INC. (McGehee, James) (Entered: 04/02/2024) |
| 04/02/2024 | 8 | OPPOSED MOTION for Extension of Time to File Answer re 1 Complaint, by SAMSUNG ELECTRONICS AMERICA, INC.. (Attachments: # 1 Proposed Order)(Rector, Jonathan) (Entered: 04/02/2024) |
| 04/05/2024 | 9 | ORDER granting 8 Motion for Extension of Time to File Responsive Pleading. Defendant shall file a responsive pleading on or before April 22, 2024. Signed by District Judge Amos L. Mazzant, III on 4/5/2024. (dlw) (Entered: 04/05/2024) |
| 04/22/2024 | 10 | MOTION to Dismiss *(Defendant's Motion to Dismiss, or, In the Alternative, to Transfer Venue and Supporting Brief)* by SAMSUNG ELECTRONICS AMERICA, INC.. (Attachments: # 1 Exhibit Declaration ISO MTD)(Rector, Jonathan) (Additional attachment(s) added on 4/23/2024: # 2 Proposed Order) (knp). (Entered: 04/22/2024) |

| | | |
|---|---|---|
| 04/22/2024 | 11 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by SAMSUNG ELECTRONICS AMERICA, INC. identifying Corporate Parent SAMSUNG ELECTRONICS AMERICA, INC. for SAMSUNG ELECTRONICS AMERICA, INC.. (Rector, Jonathan) (Entered: 04/22/2024) |
| 05/06/2024 | 12 | RESPONSE in Opposition re 10 MOTION to Dismiss *(Defendant's Motion to Dismiss, or, In the Alternative, to Transfer Venue and Supporting Brief)* filed by Christopher Yoon. (Norred, Warren) (Entered: 05/06/2024) |
| 05/13/2024 | 13 | REPLY to Response to Motion re 10 MOTION to Dismiss *(Defendant's Motion to Dismiss, or, In the Alternative, to Transfer Venue and Supporting Brief)* filed by SAMSUNG ELECTRONICS AMERICA, INC.. (Rector, Jonathan) (Entered: 05/13/2024) |
| 06/03/2024 | 14 | ORDER GOVERNING PROCEEDINGS: Rule 26 Meeting Report due by 7/8/2024. Scheduling/Case Management Conference set for 7/24/2024 at 02:00 PM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Signed by District Judge Amos L. Mazzant, III on 6/3/2024. (dlw) (Entered: 06/03/2024) |
| 06/03/2024 | 15 | UNOPPOSED MOTION to Withdraw as Attorney by SAMSUNG ELECTRONICS AMERICA, INC.. (Attachments: # 1 Proposed Order)(Smith, Melissa) (Entered: 06/03/2024) |
| 06/12/2024 | 16 | MOTION to Stay re 14 Order Governing Proceedings, *(Defendants Opposed Motion for Partial Relief from Order Governing Proceedings and to Stay Discovery)* by SAMSUNG ELECTRONICS AMERICA, INC.. (Attachments: # 1 Proposed Order)(Rector, Jonathan) (Entered: 06/12/2024) |
| 06/20/2024 | 17 | ORDER granting 15 Motion to Withdraw as Attorney. Melissa R. Smith, with the law firm of Gillam & Smith LLP, is withdrawn as counsel of record for Defendant Samsung Electronics America, Inc. Signed by District Judge Amos L. Mazzant, III on 6/20/2024. (dlw) (Entered: 06/20/2024) |
| 06/28/2024 | 18 | NOTICE *(Defendant's Notice of Non−Response to Defendant's Motion)* by SAMSUNG ELECTRONICS AMERICA, INC. re 16 MOTION to Stay re 14 Order Governing Proceedings, *(Defendants Opposed Motion for Partial Relief from Order Governing Proceedings and to Stay Discovery)* (McGehee, James) (Entered: 06/28/2024) |
| 06/29/2024 | 19 | UNOPPOSED MOTION for Extension of Time to File *Response to Def't Samsung's Motion to Stay* by Christopher Yoon. (Attachments: # 1 Proposed Order, # 2 Response to Mot to Stay)(Norred, Warren) (Entered: 06/29/2024) |
| 07/05/2024 | 20 | NOTICE of Discovery Disclosure by SAMSUNG ELECTRONICS AMERICA, INC. (McGehee, James) (Entered: 07/05/2024) |
| 07/08/2024 | 21 | JOINT REPORT of Rule 26(f) Planning Meeting. (Rector, Jonathan) (Entered: 07/08/2024) |
| 07/08/2024 | 22 | ORDER granting 19 Plaintiff's Motion for Leave to File Untimely Response. As the Clerk does not remove and file exhibits attached to motions for leave (see LOCAL RULE CV−7(k)), Plaintiff is directed to file the response without delay. Signed by District Judge Amos L. Mazzant, III on 7/8/2024. (mcg) (Entered: 07/08/2024) |
| 07/08/2024 | 23 | RESPONSE to Motion re 16 MOTION to Stay re 14 Order Governing Proceedings, *(Defendants Opposed Motion for Partial Relief from Order Governing Proceedings and to Stay Discovery)* filed by Christopher Yoon. (Norred, Warren) (Entered: 07/08/2024) |
| 07/17/2024 | | NOTICE: The Parties are hereby notified that the Court will hold the in−person Scheduling Conference at 2:00 p.m. on Wednesday, July 24, 2024. (No attachment) (tls) (Entered: 07/17/2024) |
| 07/24/2024 | | Minute Entry for proceedings held before District Judge Amos L. Mazzant, III: Scheduling Conference held virtually on 7/24/2024. (No exhibits, not recorded, no attachment) (tls) (Entered: 07/24/2024) |

| | | |
|---|---|---|
| 07/30/2024 | 24 | ORDER denying 16 Motion to Stay. Signed by District Judge Amos L. Mazzant, III on 7/30/2024. (dlw) (Entered: 07/30/2024) |
| 07/30/2024 | 25 | SCHEDULING ORDER: Final Pretrial Conference set for 7/10/2025 at 09:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Amended Pleadings due by 10/16/2024. Discovery due by 2/12/2025. Joinder of Parties due by 9/4/2024. Jury instructions due by 6/26/2025. Mediation Completion due by 2/21/2025. Motions due by 2/20/2025. Proposed Pretrial Order due by 6/10/2025. Signed by District Judge Amos L. Mazzant, III on 7/30/2024. (dlw) (Entered: 07/30/2024) |
| 11/26/2024 | 26 | JOINT MOTION for Protective Order *(Entry of)* by SAMSUNG ELECTRONICS AMERICA, INC.. (Attachments: # 1 Proposed Order Protective Order)(McGehee, James) (Entered: 11/26/2024) |
| 12/02/2024 | 27 | PROTECTIVE ORDER (Motion(s) 26 terminated). Signed by District Judge Amos L. Mazzant, III on 12/2/2024. (jmb) (Entered: 12/02/2024) |
| 01/07/2025 | 28 | UNOPPOSED MOTION to Continue *(Defendants Unopposed Motion to Extend Scheduling Order Deadlines and Continue Trial Setting)* by SAMSUNG ELECTRONICS AMERICA, INC.. (Attachments: # 1 Proposed Order)(McGehee, James) (Entered: 01/07/2025) |
| 01/10/2025 | 29 | JOINT NOTICE of Designation of Mediator, Eric Galton, filed by SAMSUNG ELECTRONICS AMERICA, INC.. *(Joint Notice of Parties Agreed–Upon Mediator)* (McGehee, James) (Entered: 01/10/2025) |
| 01/21/2025 | 30 | ORDER granting 28 Motion to Extend Scheduling Order Deadlines and Continue the Trial Setting: Final Pretrial Conference set for 12/4/2025 at 09:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Discovery due by 6/12/2025. Jury instructions due by 10/23/2025. Mediation Completion due by 6/20/2025. Designation of Mediator due by 5/9/2025. Motions due by 6/19/2025. Proposed Pretrial Order due by 10/14/2025. Signed by District Judge Amos L. Mazzant, III on 1/21/2025. (rpc) (Entered: 01/21/2025) |
| 02/07/2025 | 31 | MOTION for Summary Judgment by Christopher Yoon. (Attachments: # 1 Proposed Order Granting Summary Judgment)(Norred, Warren) (Main Document 31 replaced on 2/10/2025) (jmb). (Additional attachment(s) added on 2/10/2025: # 2 Exhibit A – Yoon Declaration, # 4 Exhibit A–1, # 5 Exhibit A–2, # 6 Exhibit A–3, # 7 Exhibit B – Norred Declaration, # 8 Exhibit B–1, # 9 Exhibit B–2) (jmb). (Entered: 02/07/2025) |
| 02/28/2025 | 32 | RESPONSE in Opposition re 31 MOTION for Summary Judgment *filed by* SAMSUNG ELECTRONICS AMERICA, INC.. (Attachments: # 1 Exhibit A – Declaration of Julie Maher)(Rector, Jonathan) (Entered: 02/28/2025) |
| 03/19/2025 | 33 | UNOPPOSED NOTICE *OF WITHDRAWAL* of 31 MOTION for Summary Judgment by Christopher Yoon (Norred, Warren) (Entered: 03/19/2025) |
| 03/21/2025 | 34 | ORDER. It is ORDERED that Plaintiff's Motion for Summary Judgment (Dkt. # 31 ) is hereby WITHDRAWN. Signed by Chief District Judge Amos L Mazzant on 3/21/2025. (jmb) (Entered: 03/21/2025) |
| 03/28/2025 | 35 | MEMORANDUM OPINION AND ORDER. It is ORDERED that Defendant Samsung Electronics America, Inc.'s Motion to Dismiss, or, In the Alternative, to Transfer Venue and Supporting Brief (Dkt. # 10 ) is hereby GRANTED in part. The clerk is DIRECTED to TRANSFER this case to the Northern District of Illinois, Eastern Division. (Motion(s) 10 terminated). Signed by Chief District Judge Amos L Mazzant on 3/28/2025. (jmb) (Entered: 03/28/2025) |
| 03/28/2025 |  | The case will be transferred to another district 21 days from the date of the Order of Transfer was entered on the docket, per Local Rule CV–83(b). (jmb) (Entered: 03/28/2025) |
| 04/21/2025 |  |  |

| | | Interdistrict transfer to the NORTHERN DISTRICT of ILLINOIS, EASTERN Division. (baf) (Entered: 04/21/2025) |